IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WARREN AIKENS, JR.,

       Plaintiff,

v.                                                                                             4:10cv58-WS

C I MEDICAL CHAIRPERSON, et al.,

       Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 5) docketed April 7, 2010. The magistrate judge recommends that this case be dismissed for the plaintiff's failure to comply with an order of the court and to prosecute this case. The plaintiff has filed no objections to the magistrate judge's report and recommendation.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The plaintiff's complaint and this action are hereby DISMISSED without prejudice for failure to prosecute.

DONE AND ORDERED this <u>  28th  </u> day of <u>  April  </u>, 2010.


                                        <u>s/ William Stafford                                    </u>
                                        WILLIAM STAFFORD
                                        SENIOR UNITED STATES DISTRICT JUDGE